IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN MARRAN and PERINO MARRAN, | CIVIL ACTION NO. 2:08-cv-00814 |
| Plaintiffs, | |
| v. | **ELECTRONICALLY FILED** |
| STRYKER CORPORATION, | |
| Defendant. | |

## ORDER GRANTING MOTION TO EXCUSE APPEARANCE OF LYNN MARRAN AT ADR SESSION

And Now, this 9TH day of March, 2009, it is hereby Ordered that Plaintiffs' Motion to Excuse Appearance of Lynn Marran at ADR Session is Granted. The Plaintiff, Lynn Marran, shall be excused from personally appearing at the ADR Session currently scheduled for March 20, 2009, but shall be available by telephone to participate to the extent reasonably possible.

Plaintiff, Perino Marran shall attend the ADR Session in person.

BY THE COURT

