# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN MARRAN and PERINO MARRAN, | Civil Action No.: 2:08-cv-00814 (GLL) |
| Plaintiffs, | Gary L. Lancaster, U.S.D.J. |
| v. | Electronically Filed |
| STRYKER CORPORATION, | |
| Defendant. | |

## ORDER GRANTING MOTION TO PERMIT APPEARANCE OF DEFENDANT'S REPRESENTATIVE BY TELEPHONE AT MEDIATION

And Now, this 18 day of March 2009, it is hereby Ordered that Defendant's Motion to Permit Appearance of Stryker Representative By Telephone at Mediation is Granted. Stryker's representative shall be excused from appearing in person at the mediation currently scheduled for March 20, 2009, but shall be available to participate by telephone.

Dated: March 18, 2009

_____
Hon. Gary L. Lancaster, U.S.D.J.