UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| LYNN MARRAN AND PERINO MARRAN | STIPULATION OF DISMISSAL WITH PREJUDICE |
|---|---|
| Plaintiffs, vs. | DOCKET NO: 2:08-cv-00814 (GLL) |
| STRYKER CORPORATION, | Civil Action |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties who have appeared in this action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above captioned action be and hereby is dismissed in its entirety, with prejudice, against Stryker Corporation, without costs against any party.

JONES, GREGG, CREEHAN & GERACE, LLP
411 Seventh Ave.-
Suite 1200
Pittsburgh, PA 15219
Attorneys for Plaintiffs
Lynn Marran and Perino Marran

_____
Robert L. Monks

Dated: 4/17/09

GIBBONS P.C.
A Professional Corporation
One Pennsylvania Plaza
New York, New York 10119
Attorneys for Defendant
Stryker Corporation

_____
Kim M. Catullo

Dated: 4/21/09

SO ORDERED
_____
Hon. Gary L. Lancaster, U.S.D.J.